IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TODD M. BOWES,

     Petitioner,

v.

FLORIDA DEPT. OF CORRECTIONS,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5185

Opinion filed March 9, 2016.

Petition for Writ of Certiorari – Original Jurisdiction.

Todd M. Bowes, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

     DISMISSED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.